UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>$9,900.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No.: 17-CV-0014 JLS (AGS)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO APPOINT THE UNITED STATES MARSHAL AS CUSTODIAN AND TO DEPOSIT DEFENDANT CURRENCY IN SEIZED ASSETS DEPOSIT ACCOUNT AND TO SUBSTITUTE THE RES**<br><br>(ECF No. 2) |
|---|---|

  Presently before the Court is Plaintiff United States of America's *Ex Parte* Motion to Appoint the United States Marshal as Custodian and to Deposit Defendant Currency in Seized Assets Deposit Account and to Substitute the Res. ("Mot.," ECF No. 2.) Plaintiff specifically requests an exception to General Order 273, which relieves the United States Marshal from his duties of seizing and storing property in an effort to "conserve his limited manpower and budgetary resources." (Gen. Order 273; *see also* Mot. 1, ECF No. 2.)

  Plaintiff requests that Defendant currency be placed in an account established and administered by the U.S. Marshals Service—the Seized Assets Deposit Account. (Mot. ¶ 4, ECF No. 2.) The current location of seized Defendant currency is unclear to the Court.

Further, Plaintiff does not explain why the continued custody of the U.S. Marshals Service is "necessary" or why, given "the nature of the defendant currency," continued custody is "in the best interest of the plaintiff in this case." (*Id.* ¶ 3.) But, even given the conclusory nature of Plaintiff's assertions, the Court finds that the U.S. Marshals Service's continued custody of Defendant currency is appropriate in this case because the United States Marshals Service "has consented to assume responsibility for the protection, maintenance, and safety of the defendant currency." (*Id.* ¶ 2); *see also United States v. $277,000 U.S. Currency*, 69 F.3d 1491, 1496 (9th Cir. 1995) ("District courts certainly have ample power to make orders for the maintenance of assets, as a condition of leaving them in the control of the government."). Accordingly, the Court **GRANTS** Plaintiff's Motion (ECF No. 2).

**IT IS SO ORDERED.**

Dated: March 15, 2017

*[signature]*
Hon. Janis L. Sammartino
United States District Judge